08 CIV 7611

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Teva Pharmaceuticals USA, Inc.         Plaintiff,
Teva Pharmaceutical Industries Ltd.
Teva Neuroscience, Inc.
Yeda Research and Development Co. Ltd.

-v-

Sandoz, Inc.
Sandoz International GmbH
Novartis AG
Momenta Pharmaceuticals, Inc.           Defendant.

Case No. _____

**Rule 7.1 Statement**

AUG 28 2008
U.S.D.C. S.D. N.Y.
CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Yeda Research and Development Co. Ltd.      (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.  None.

The undersigned counsel discloses that:
(1) Yeda Research and Development Co. Ltd. is wholly owned by Yeda Trust; and
(2) no publicly traded company owns 10% or more of Yeda Research and Development Co. Ltd.

Date: August 28, 2008

Signature of Attorney

Attorney Bar Code: SL 1043

Form Rule7_1.pdf  SDNY Web 10/2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**'08 CIV 7611**

|   |   |
|---|---|
| Teva Pharmaceuticals USA, Inc.      Plaintiff,<br>Teva Pharmaceutical Industries Ltd.<br>Teva Neuroscience, Inc.<br>Yeda Research and Development Co. Ltd.<br><br>-v-<br><br>Sandoz, Inc.<br>Sandoz International GmbH<br>Novartis AG<br>Momenta Pharmaceuticals, Inc.      Defendant. | Case No. _____<br><br>**Rule 7.1 Statement**  |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Teva Pharmaceuticals USA, Inc., Teva Pharmaceutical Industries Ltd., and Teva Neuroscience, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held. Teva Pharmaceutical Industries Ltd.

The undersigned counsel hereby discloses that: (a) the parent companies of Teva Pharmaceuticals USA, Inc. are: Orvet UK Unlimited, Teva Pharmaceuticals Europe, B.V. and Teva Pharmaceutical Industries Ltd.; and (b) Teva Pharmaceutical Industries Ltd. is the only publicly traded company that owns – through the aforementioned chain – 10% or more of Teva Pharmaceuticals USA, Inc.

The undersigned counsel further discloses that: (a) Teva Pharmaceutical Industries Ltd. has no parent company; and (b) no publicly traded company owns 10% or more of Teva Pharmaceutical Industries Ltd.

The undersigned counsel further discloses that: (a) the parent companies of Teva Neuroscience, Inc. are: IVAX Corporation, Teva Pharmaceuticals USA, Inc., Orvet UK Unlimited, Teva Pharmaceuticals Europe B.V. and Teva Pharmaceutical Industries Ltd.; and (b) Teva Pharmaceutical Industries Ltd. is the only publicly traded company that owns – through the aforementioned chain – 10% or more of Teva Neuroscience, Inc.

Date: August 28, 2008

Signature of Attorney

Attorney Bar Code: SL1043