UNITED STATES DISTRICT COURT       **'08 CIV 7611**
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Teva Pharmaceuticals USA, Inc.        Plaintiff,<br>Teva Pharmaceutical Industries Ltd.<br>Teva Neuroscience, Inc.<br>Yeda Research and Development Co. Ltd.<br><br>-v-<br><br>Sandoz, Inc.<br>Sandoz International GmbH<br>Novartis AG<br>Momenta Pharmaceuticals, Inc.        Defendant. | Case No. _____<br><br>**Rule 7.1 Statement** |



Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Teva Pharmaceuticals USA, Inc., Teva Pharmaceutical Industries Ltd., and Teva Neuroscience, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held. Teva Pharmaceutical Industries Ltd.

The undersigned counsel hereby discloses that: (a) the parent companies of Teva Pharmaceuticals USA, Inc. are: Orvet UK Unlimited, Teva Pharmaceuticals Europe, B.V. and Teva Pharmaceutical Industries Ltd.; and (b) Teva Pharmaceutical Industries Ltd. is the only publicly traded company that owns – through the aforementioned chain – 10% or more of Teva Pharmaceuticals USA, Inc.

The undersigned counsel further discloses that: (a) Teva Pharmaceutical Industries Ltd. has no parent company; and (b) no publicly traded company owns 10% or more of Teva Pharmaceutical Industries Ltd.

The undersigned counsel further discloses that: (a) the parent companies of Teva Neuroscience, Inc. are: IVAX Corporation, Teva Pharmaceuticals USA, Inc., Orvet UK Unlimited, Teva Pharmaceuticals Europe B.V. and Teva Pharmaceutical Industries Ltd.; and (b) Teva Pharmaceutical Industries Ltd. is the only publicly traded company that owns – through the aforementioned chain – 10% or more of Teva Neuroscience, Inc.

Date: August 28, 2008

Signature of Attorney

Attorney Bar Code: SL1043