

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TEVA PHARMACEUTICALS USA, INC.,
TEVA PHARMACEUTICAL INDUSTRIES
LTD., TEVA NEUROSCIENCE, INC.,

      and

YEDA RESEARCH AND DEVELOPMENT
CO. LTD.,

          Plaintiffs,

    v.

SANDOZ INC., SANDOZ
INTERNATIONAL GmbH,
NOVARTIS AG,

      and

MOMENTA PHARMACEUTICALS, INC.,

         Defendants.

Index No. 08 CV 7611 (BSJ)

**STIPULATION AND [~~PROPOSED~~]
ORDER OF DISMISSAL**

      Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs Teva Pharmaceuticals, USA,

Inc., Teva Pharmaceutical Industries Ltd., Teva Neuroscience, Inc., Yeda Research and

Development Co. Ltd., on one hand, and Defendants Novartis AG and Sandoz International

GmbH (collectively the "Foreign Defendants") on the other, hereby jointly move for an order

dismissing all claims against the Foreign Defendants in the above-captioned action without

prejudice, with each party to bear its own costs, expenses, and attorneys' fees.

Dated:  New York, New York
       August 24, 2010

KENYON & KENYON LLP

By: _____

Steven J. Lee
Elizabeth J. Holland
Patrice P. Jean
Carolyn A. Blessing

One Broadway
New York, New York 10004-1050
Telephone: (212) 425-7200
Email:  slee@kenyon.com
Email:  eholland@kenyon.com
Email:  pjean@kenyon.com
Email:  cblessing@kenyon.com

William G. James, II
1500 K Street, NW
Washington, DC 20005-1257
Telephone: (202) 22004200
Email:  wjames@kenyon.com

*Attorneys for Plaintiffs Teva*
*Pharmaceuticals USA, Inc., Teva*
*Pharmaceutical Industries Ltd., Teva*
*Neuroscience, Inc., and  Yeda Research and*
*Development Co. Ltd.*

WEIL GOTSHAL & MANGES LLP
Nicholas Groombridge
Patricia Young
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Email:  nicholas.groombridge@weil.com
Email:  patricia.young@weil.com

*Attorneys for Plaintiff Yeda Research and*
*Development Co. Ltd.*

MORRISON & FOERSTER LLP

By: _____

Grant J. Esposito
Jessica L. Kaufman

1290 Avenue of the Americas
New York, New York 10104-0050
Telephone:  (212) 468-8000
Email:  gesposito@mofo.com
Email:  jkaufman@mofo.com

*Attorneys for Defendants Novartis AG and*
*Sandoz International GmbH*

2

ny-938304

GOODWIN PROCTER LLP
David M. Hashmall
Jeffrey A. Simes
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Telephone: (212) 813-8800
Email: dhashmall@goodwinprocter.com
Email: jsimes@goodwinprocter.com

*Attorneys for Plaintiffs Teva*
*Pharmaceuticals, USA, Inc., Teva*
*Pharmaceutical Industries Ltd., and Teva*
*Neuroscience, Inc.*

3

## [PROPOSED] ORDER OF DISMISSAL

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal of all claims asserted against Novartis AG and Sandoz International GmbH in *Teva Pharmaceuticals USA, Inc. v. Sandoz, Inc.*, 08 CV 7611 (BSJ), without prejudice, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims and asserted against Novartis AG and Sandoz International GmbH in *Teva Pharmaceuticals USA, Inc. v. Sandoz, Inc.*, 08 CV 7611 (BSJ), are hereby dismissed without prejudice.

It is further ORDERED that all costs, expenses, and attorneys' fees are to be borne by the party that incurred them.

Dated: _8-26-10_                    SO ORDERED:

Hon. Barbara S. Jones
United States District Judge