UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TEVA PHARMACEUTICALS USA, INC., TEVA PHARMACEUTICAL INDUSTRIES LTD., TEVA NEUROSCIENCE, INC., and YEDA RESEARCH AND DEVELOPMENT CO. LTD.,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>SANDOZ, INC., SANDOZ INTERNATIONAL GMBH, NOVARTIS AG, and MOMENTA PHARMACEUTICALS, INC.,<br><br>　　　　　　　Defendants. | Civil Action No. 08-CV-7611 (BSJ)(AJP)<br><br>ECF Case |
| TEVA PHARMACEUTICALS USA, INC., TEVA PHARMACEUTICAL INDUSTRIES LTD., TEVA NEUROSCIENCE, INC., and YEDA RESEARCH AND DEVELOPMENT CO. LTD.,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>MYLAN PHARMACEUTICALS INC., MYLAN INC., and NATCO PHARMA LTD.,<br><br>　　　　　　　Defendants. | Civil Action No. 09-CV-8824 (BSJ) (AJP)<br><br>ECF Case |

**DEFENDANTS SANDOZ INC. AND MOMENTA PHARMACEUTICALS, INC.'S NOTICE OF MATERIALS FILED UNDER SEAL**

sd-562061

Pursuant to the Protective Order of April 10, 2009 (D.I. 41), in the above-captioned matter, Defendants Sandoz Inc. and Momenta Pharmaceuticals, Inc. hereby give notice that the following materials were submitted for filing and were effectively filed on July 7, 2011:

- Sealed Declaration of Brian M. Kramer In Support of Sandoz Inc.'s and Momenta Pharmaceuticals, Inc.'s Opposition to Plaintiffs' Motion in Limine to Preclude Improper Expert Testimony of Defendants' Patent Law Expert.

This document contains material designated by the parties as "Highly Confidential" and "External Counsel Only" under the Protective Order of April 10, 2009.

Dated: July 7, 2011            By:     /s/ Anders T. Aannestad

                                                Anders T. Aannestad
                                                David C. Doyle
                                                Brian M. Kramer
                                                MORRISON & FOERSTER LLP
                                                12531 High Bluff Drive, Suite 100
                                                San Diego, California  92130-2040
                                                858.720.5100

                                                Karen L. Hagberg
                                                Grant J. Esposito
                                                MORRISON & FOERSTER LLP
                                                1290 Avenue of the Americas
                                                New York, New York 10104-0050
                                                212.468-8000

                                                Attorneys for Defendants
                                                SANDOZ INC. and MOMENTA
                                                PHARMACEUTICALS, INC.