# MORRISON | FOERSTER

12531 HIGH BLUFF DRIVE
SAN DIEGO, CALIFORNIA
92130-2040

TELEPHONE: 858.720.5100
FACSIMILE: 858.720.5125

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON, D.C.

NORTHERN VIRGINIA, DENVER,
SACRAMENTO

TOKYO, LONDON, BRUSSELS,
BEIJING, SHANGHAI, HONG KONG

Writer's Direct Contact
858.720.5159
AAannestad@mofo.com

April 5, 2012

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/11/12**

**VIA FACSIMILE**

Honorable Barbara S. Jones
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:  *Teva Pharmaceuticals USA, Inc. et al. v. Sandoz Inc. et al.*,
     Civil Action No. 08 CV 7611 (BSJ) (AJP);
     *Teva Pharmaceuticals USA, Inc. et al. v. Mylan Pharmaceuticals Inc. et al.*
     Civil Action No. 09 CV 8824 (BSJ) (AJP)

Dear Judge Jones:

We represent Defendants Sandoz Inc. and Momenta Pharmaceuticals, Inc. in the first of the two above cases.

Before the Court published its claim construction order in this case, it gave the parties time to preview the order so that they could request redaction of proprietary information. We respectfully request that the Court do the same before issuing its findings of fact and conclusions of law following the July and September 2011 bench trials.

If the Court grants this request, we propose that the Court issue a public order requesting that each party submit any proposed redactions of proprietary information, or notice that it will not request redactions, within two business days of the Court's order. Any objections to redactions proposed by any party would be due within four business days of the Court's order. By making this request, the parties do not intend or suggest that the Court be limited in any way from the public issuance of its order and judgment.

This request is intended to allow the parties to request redaction, if necessary, of proprietary information. It does not seek to prevent counsel from informing their respective clients or

sd-582111

*[handwritten note:] The procedure suggested by counsel as outlined above, is acceptable to the Court. Request granted. So ordered. Barbara S. Jones USDJ 4-10-12*

**MORRISON | FOERSTER**

Honorable Barbara S. Jones
April 5, 2012
Page Two

the public of the Court's legal determination of infringement, invalidity or unenforceability of each patent at issue.

We have shared a draft of this letter with counsel for Teva and Mylan. Neither objects to this request.

Respectfully submitted,

*/s/ Anders Aannestad*

Anders T. Aannestad

Enclosure

cc: All counsel of record (via e-mail and facsimile)

sc-582111