```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/30/15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X

TEVA PHARMACEUTICALS
USA, INC., *et al.*,

        Plaintiffs,

    -against-

SANDOZ, INC., *et al.*,

        Defendants.

----------------------------------X

08cv7611
09cv8824

SCHEDULING ORDER

WILLIAM H. PAULEY III, District Judge:

    Counsel for the parties having participated in a teleconference on January 29, 2015, this Court adopts the following schedule:

1. Plaintiffs shall file their motion to modify this Court's judgment by January 30, 2015;

2. Defendants shall file their opposition by 5:00 p.m. (EST) on February 5, 2015;

3. Plaintiffs shall file any reply by 7:30 p.m. (EST) on February 6, 2015;

4. This Court may take the motion on submission.

Dated: January 30, 2015
New York, New York

SO ORDERED:

WILLIAM H. PAULEY III
U.S.D.J.

*All counsel of record.*