

| | |
|---|---|
| Elizabeth J. Holland<br>212.459.7230<br>EHolland@goodwinprocter.com | Goodwin Procter LLP<br>Counselors at Law<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018<br>T: 212.813.8800<br>F: 212.355.3333 |

February 6, 2015

**VIA CM/ECF AND HAND DELIVERY**

Honorable William H. Pauley III
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *Teva Pharmaceutical Industries Ltd. et al. v. Sandoz Inc. et al.*, **Civil Action No. 08-7611-WHP-AJP;** *Teva Pharmaceuticals USA, Inc. et al. v. Mylan Pharmaceuticals Inc. et al.*, **Civil Action No. 09-8824-WHP-AJP**

Dear Judge Pauley:

Pursuant to Section III.F of Your Honor's Individual Practices, the following motion papers and memoranda have been filed in connection with this Motion:

1. Notice of Plaintiffs' Rule 60(b) Motion to Vacate the Modification to the Final Judgment (Jan. 30, 2015);

2. Memorandum in Support of Plaintiffs' Rule 60(b) Motion to Vacate the Modification to the Final Judgment (Jan. 30, 2015);

3. Defendants' Joint Opposition to Plaintiffs' Rule 60(b) Motion to Vacate the Modification to the Final Judgment (Feb. 5, 2015); and

4. Reply in Support of Plaintiffs' Rule 60(b) Motion to Vacate the Modification to the Final Judgment (filed concurrently herewith).

These documents were served and filed using the Court's CM/ECF system.  A proposed order has also been lodged with the judgments and orders clerk via email.


Respectfully submitted,

/s/ Elizabeth J. Holland

Elizabeth J. Holland
Counsel for Plaintiffs
cc:   All counsel of record